**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JAMES NORRIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES STEEL CORP. d/b/a U.S. STEEL,<br><br>Defendant. | ) | Case No. 3:23-cv-03148-MAB |

**<u>DEFENDANT'S MOTION FOR RECONSIDERATION</u>**

Defendant United States Steel Corporation ("USS"), by and through undersigned counsel and pursuant Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, hereby moves this Court to reconsider portions of its Memorandum and Order dated March 13, 2026 ("Order"). (Doc. No. 55). Specifically, USS seeks reconsideration of those portions of the Order relating to the denial of USS' motion for summary judgment on Plaintiff James Norris' disability discrimination and retaliation claims brought pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/2-102, *et seq.*, and 775 ILCS 5/6-101, *et seq*. In the Order, the Court denied USS' Motion for Summary Judgment as to Counts I, II, IV, and V of Norris' Complaint.

The Court's conclusions in the Order relating to these claims stand in direct opposition to the record evidence in this case and contravenes Seventh Circuit precedent. Correcting these errors would result in USS being granted summary judgment in full as to all claims in Norris' Complaint.

USS is filing herewith, and incorporates herein by reference, a Memorandum of Law in Support of this Motion.

WHEREFORE, USS respectfully requests that the Court reconsider its Order and enter summary judgment in favor of USS on all remaining claims in Norris' Complaint (Counts I, II, IV, and V), and for such other and further relief as deemed appropriate.

Respectfully submitted,

/s/ Adam D. Hirtz
Adam D. Hirtz, #48448MO
Harry L. Benson, #70539MO
JACKSON LEWIS P.C.
1 N. Brentwood Blvd., Suite 1150
St. Louis, MO 63105
Telephone: (314) 827-3939
Facsimile: (314) 827-3940
adam.hirtz@jacksonlewis.com
harry.benson@jacksonlewis.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I served a true and correct copy of the foregoing via the Court's Electronic Filing System upon the following counsel of record for Plaintiff:

Melvin D. Kennedy, Esq.
Law Office of Melvin D. Kennedy, LLC
2001 S. Big Bend Blvd.
St. Louis, MO 63117
Telephone: (314) 561-3241
Facsimile: (314) 644-4303
Melvin.KennedyLLC@gmail.com

Cyrus Dashtaki, Esq.
Dashtaki Law Firm, LLC
5205 Hampton Avenue
St. Louis, MO 63109
Telephone: (314) 932-7671
Facsimile: (314) 932-7672
cyrus@dashtaki.com

/s/ Adam D. Hirtz

4907-8855-1840, v. 1